```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
OVAL CAPITAL LIMITED LIABILITY             :
COMPANY, et al.,                           :       24cv2661(DLC)
                                           :
                    Plaintiffs,            :       ORDER
            -v-                            :
                                           :
CERTAIN UNDERWRITERS AT LLOYDS LONDON      :
SUBSCRIBING TO CERTIFICATE/POLICY NO.      :
798200, AUTHORITY REF NO                   :
B174010045SS22,                            :
                                           :
                    Defendant.             :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the June 13, 2024 initial pretrial conference is rescheduled to June 27, 2024 at 4:00 P.M. in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that the plaintiffs shall file a letter by June 25 indicating a) why this action was brought in the Southern District of New York rather than the Eastern District of New York and b) whether service has been properly made.

Dated:    New York, New York
          June 12, 2024

                                    _____
                                              DENISE COTE
                                    United States District Judge