```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
OVAL CAPITAL LIMITED LIABILITY             :
COMPANY, et al.,                           :     24cv2661(DLC)
                                           :
                    Plaintiffs,            :        ORDER
          -v-                              :
                                           :
CERTAIN UNDERWRITERS AT LLOYDS LONDON      :
SUBSCRIBING TO CERTIFICATE/POLICY NO.      :
798200, AUTHORITY REF NO                   :
B174010045SS22,                            :
                                           :
                    Defendants.            :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

Pursuant to the Court's record, the time for defendants to answer has passed. Accordingly, it is hereby

ORDERED that, if no answer is filed by June 24, 2024, plaintiff shall submit to the Court by June 25 an order to show cause for entry of a default against the defendant, returnable at 4:00 p.m. on June 27, 2024 in Courtroom 18B. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order on the defendants on or before June 20 by certified

overnight mail and shall file proof of such service on ECF.

Dated:   New York, New York
         June 13, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge