```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
OVAL CAPITAL LIMITED LIABILITY            :
COMPANY, et al.,                          :    24cv2661(DLC)
                                          :
                           Plaintiffs,    :    ORDER
              -v-                         :
                                          :
CERTAIN UNDERWRITERS AT LLOYDS LONDON     :
SUBSCRIBING TO CERTIFICATE/POLICY NO.     :
798200, AUTHORITY REF NO                  :
B174010045SS22,                           :
                                          :
                           Defendants.    :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On July 15, 2024, defendants filed a motion to dismiss the original complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of July 15 directed the plaintiffs to file any amended complaint by August 9 and alerted the plaintiffs that they would likely not have another opportunity to amend. The plaintiffs filed an amended complaint on August 9, thereby mooting the defendants' July 15 motion. Defendants renewed their motion on August 23. It is hereby

ORDERED that the plaintiffs shall serve any opposition to the motion to dismiss by September 13, 2024. Defendants' reply, if any, shall be served by September 27. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        August 23, 2024

                                          _____
                                                DENISE COTE
                                     United States District Judge

2