```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OVAL CAPITAL LIMITED LIABILITY           :
COMPANY, et al.,                         :      24cv2661(DLC)
                                         :
                  Plaintiffs,            :         ORDER
            -v-                          :
                                         :
CERTAIN UNDERWRITERS AT LLOYDS LONDON    :
SUBSCRIBING TO CERTIFICATE/POLICY NO.    :
798200, AUTHORITY REF NO                 :
B174010045SS22,                          :
                                         :
                  Defendants.            :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the initial pretrial conference scheduled for September 26, 2024 is adjourned to October 2 at 2:30 p.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         September 25, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge