

**AGULNICK KREMIN P.C.**

Scott E. Agulnick | Principal
Email: sagulnick@AgulnickKremin.com

September 27, 2024

**VIA ECF**
Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, NY 10007

Re:   **Oval Capital Limited Liability Company et al v. Certain Underwriters at Lloyds Subscribing to Certificate/Policy No. 798200, Authority Ref NO B174010045SS22**
Case No. 1:24-cv-02661-DLC

Dear Honorable Judge Denise L. Cote,

    This office represents the Plaintiff Oval Capital in the above-referenced matter. This case is on for an in person Initial Pretrial Conference for October 2, 2024 at 2:30pm before This Honorable Court, after being originally scheduled for September 26, 2024.

    The eve of October 2nd is the first night of Rosh Hashanah which the undersigned observes. With travel to Long Island (LIE exit 45) and anticipated traffic, an in-person appearance will bear upon the undersigned's ability to prepare for observance. It is thus respectfully requested that the initial conference be converted to a telephonic or virtual appearance, or adjourned to a date thereafter. Defendant's counsel consents to this application.

    Should the court wish to discuss this matter further, please do not hesitate to contact the undersigned.

*[Handwritten note: The conference time is changed to 11:00 am on October 2 in Courtroom 18B. /s/ Denise Cote 9/30/24]*

Respectfully submitted,
Agulnick Kremin P.C.

*/s/ Scott Agulnick*

Scott E. Agulnick, Esq.(SA1880)

510 Broadhollow Rd, Ste 303, Melville, NY 11747   +1 718.352.4800   +1 718.732.2110
www.AgulnickKremin.com