```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OVAL CAPITAL LIMITED LIABILITY           :
COMPANY, et al.,                         :
                                         :          24cv2661 (DLC)
                             Plaintiffs, :
              -v-                        :          ORDER
                                         :
CERTAIN UNDERWRITERS AT LLOYDS LONDON    :
SUBSCRIBING TO CERTIFICATE/POLICY NO.    :
798200, AUTHORITY REF NO                 :
B174010045SS22,                          :
                                         :
                             Defendants. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 16, 2025**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         December 17, 2024

                                        _____
                                                 DENISE COTE
                                        United States District Judge